UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff, | : <br> : <br> : |
| v. | : 　　Civil No. 5:13-cv-1372 (TJM/ATB) <br> : <br> : |
| Lauren Havens, N.P.,<br>　　　　Defendant. | : <br> : <br> : |

## STIPULATED JUDGMENT

WHEREAS:

    A.    The United States has filed a complaint alleging that Lauren Havens, N.P. prescribed Schedule II-IV substances to various non-patients without a medical purpose and outside the usual scope of her professional practice in violation of Title 21, United States Code, Sections 829(a), 829(b), and 842(a)(1); and Title 21, Code of Federal Rules, Section 1306.04(a);

    B.    The parties have entered into a written Settlement Agreement which is incorporated herein by reference;

    C.    Lauren Havens does not admit to, and denies, committing any of the violations alleged in the complaint;

    D.    The United States and Lauren Havens desire to avoid litigation; and

THEREFORE, the United States and Lauren Havens hereby agree as follows, pursuant to 21 U.S.C. § 842(c):

1. Defendant, Lauren Havens, consents to this judgment in the United States District Court for the Northern District of New York in favor of the United States, upon the terms stated herein.

2. Upon execution by Lauren Havens of this Stipulated Judgment and the attached Settlement Agreement, she shall pay to the United States the sum of ten thousand dollars ($10,000.00), pursuant to the Settlement Agreement. On July 15, 2013, in anticipation of this agreement, and part thereof, Ms. Havens paid one thousand dollars ($1,000.00) to the United States. Ms. Havens shall pay the remaining nine thousand dollars ($9,000.00) by making payments of two hundred fifty dollars ($250.00) per month on or before the 1st of each month for 36 months to begin on or before January 1, 2014.

3. Payment to the United States shall be accomplished by a certified bank check or money order, or a check drawn on her attorney's escrow account, made out to the U.S. Department of Justice. The case number (USAO # 2012V00801) and CDCS number (2013A19946) need to be on the check or money order.

4. The check or money order is to be hand delivered or mailed to: the United States Attorney's Office, Northern District of New York, P.O. Box 7198, 100 South Clinton Street, Syracuse, New York, 13261-7198.

5. Lauren Havens shall be deemed in default of this agreement and the Settlement Agreement when she is late with any of the payments due hereunder. It is understood that there is no grace period upon a late payment.

6. Upon default, the United States may exercise, at its sole discretion, one or more of the following rights as applicable: (a) declare this Stipulated Judgment and the

Settlement Agreement breached and proceed against Lauren Havens for any claims, including those to be released by the Settlement Agreement; (b) take any action to execute and collect on this judgment against Lauren Havens, including the garnishment of his wages; (c) file an action for specific performance of the Settlement Agreement and/or the note; (d) exercise any other right granted by law, or under the terms of this Settlement Agreement, or recognizable at common law or in equity. Lauren Havens agrees not to contest any offset imposed pursuant to this provision, either administratively or in any State or Federal Court.

7. Lauren Havens shall keep the United States currently informed in writing of any material change in her financial situation or ability to pay, and of any change in her employment, place of residence or telephone number.

8. It is agreed that this judgment or a transcript thereof shall be recorded in the records of the County Clerk's Office in the county of Lauren Haven's residence, and any and all other counties in which she has real or personal property, as a lien thereon should she default on his obligation as set forth herein;

9. Upon payment in full, the plaintiff shall file a Satisfaction of Judgment with the District Court and the appropriate Clerk of the county in which any transcript of judgment has been filed.

10. The Court shall retain jurisdiction to enforce the provisions of this Stipulated Judgment.

11. The Clerk of the Court shall mail copies of this Stipulated Judgment to (a) Patricia Campbell., attorney for Lauren Havens, 307 S. Townsend Street, Syracuse, NY

13202; and (b) Thomas Spina, Jr., Assistant United States Attorney, 445 Broadway, Albany, New York, 12207.

The undersigned have read each paragraph of this document and stipulate, agree and consent to the foregoing terms contained herein.

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
Attorney for Plaintiff

Dated: Nov 4, 2013  By: *(signature)*
THOMAS SPINA JR.
Assistant U.S. Attorney
Bar Roll No. 102653

Dated: October 18, 2013  *(signature)*
PATRICIA CAMPBELL, Esq.
Attorney for Defendant
Bar Roll No.

CONSENTED AND STIPULATED TO BY:

Date: October 25, 2013  *(signature)*
LAUREN HAVENS

Sworn to before me this 25th day of October 2013

*(signature)*
NOTARY PUBLIC

TAYLOR M. YERTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01YE6264751
Qualified in Onondaga County
My Commission Expires July 02, 2016

**ORDER**

Good cause appearing, IT IS ORDERED that judgment be entered in favor of the United States, and against Lauren Havens, according to terms agreed upon by the parties and set forth herein.

Date: 11/06/2013

*Thomas J. McAvoy* (signature)
HONORABLE THOMAS J. MCAVOY
United States District Judge